UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                -v.-<br><br>LUIS V. GUZMAN,<br><br>                          Defendant. | 19 Cr. 24 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendant Luis V. Guzman has filed motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. #36), and for additional credit against his sentence for time served during the ongoing COVID-19 pandemic (Dkt. #37).  Included with his motions are certain medical records.  However, because the Court cannot tell whether a complete set of his records was submitted, and because the Court imagines that additional records may have been created since Mr. Guzman filed his motions, the Court directs the Government to advise the Court of its position with respect to these motions, and to obtain a complete set of Mr. Guzman's medical records, including records reflecting his vaccination status, for submission to the Court under seal.  The Court directs the Government to respond on or before **January 14, 2022**.

The Court directs the Clerk of Court to mail a copy of this Order to Mr. Guzman at the following address: Luis V. Guzman, Reg. No. 28063-055, Giles W. Dalby Correctional Institution, 805 North Avenue F, Post, TX 79356, and to update Mr. Guzman's address of record to reflect that same address.

2

SO ORDERED.

Dated: December 29, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge